PER CURIAM: William E

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
William Ernest Miller, Sr.,       
Appellant.
 
 
 

Appeal From Georgetown County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2004-UP-508
Submitted October 1, 2004  Filed October 
 13, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  William Ernest Miller was convicted 
 of three counts of criminal sexual conduct with a minor in the first degree 
 and one count of committing a lewd act upon a minor.  He was sentenced to thirty 
 years in prison for each criminal sexual conduct charge and fifteen years for 
 the lewd act upon a minor.  Miller appeals, arguing the trial judge erred in 
 failing to grant a directed verdict of acquittal on the lewd act charge.  On 
 appeal, counsel for Miller has filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967), asserting that there were no meritorious grounds for appeal 
 and requesting permission to withdraw from further representation.  Miller has 
 not filed a pro se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.